### 26375. Watson *et al. v.* Thompson *et al.*

Felton, J. Under the rulings of the Supreme Court on certiorari *(Thompson* v. *Watson,* 186 *Ga.* 396, 197 S. E. 774), reversing the judgment of this court *(Watson* v. *Thompson,* 56 *Ga. App.* 490, 153 S. E. 75), reversing the judgment which sustained a general demurrer to the petition, the trial court did not err in sustaining the general demurrer to the petition.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*

Decided July 2, 1938.

*Ryals, Anderson & Anderson,* for plaintiffs.
*H. F. Lawson,* for defendants.